IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAFAEL M. NAVARRO and
DANIEL K. SCHMIDT,

    Plaintiff,

v.                        CASE NO. 5:13-cv-406-RS-GRJ

RICHARD RODRIGUES, et al.,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 8) and Plaintiff's Objection (Doc. 14). I have reviewed the objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk is directed to terminate all pending motions and close this case.

**ORDERED** on January 7, 2014.

                                      /s/ Richard Smoak
                                      RICHARD SMOAK
                                      UNITED STATES DISTRICT JUDGE